UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X

:

RAYMOND COGGINS,                                                          :

:

Plaintiff,                                   :

:

-v-                                               :          25 Civ. 10527 (JPC)

:

APPLIED THERAPEUTICS, *et al.*,                                          :          ORDER

:

Defendants.                                  :

:

------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

The initial pretrial conference set for May 8, 2026 is adjourned *sine die*.

SO ORDERED.

Dated:  April 27, 2026
        New York, New York                                    _____
                                                                      JOHN P. CRONAN
                                                               United States District Judge